UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Rhonda A. Hamer, | Case No. 24-cv-2886 (JMB/TNL) |
| Petitioner, | |
| v. | **REPORT AND RECOMMENDATION** |
| Michael Segal, Warden, | |
| Respondent. | |

---

Rhonda A. Hamer, Reg. No. 10134-029, FCI Waseca, P.O. Box 1731, Waseca, MN 56093 and RRM Kansas City, Residential Reentry Office, 400 State Avenue, Suite 800, Kansas City, KS 66101 (pro se Petitioner); and

Trevor Brown and Ana H. Voss, Assistant United States Attorneys, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

## I. INTRODUCTION

Petitioner Rhonda A. Hamer commenced this action by filing a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, asking the Court to order the U.S. Bureau of Prisons to apply the First Step Act time credits that she earned towards a prerelease Residential Reentry Center or home confinement by August 18, 2024. *See* Pet. at 2-3, 6-7, ECF No. 1. This matter has been referred to the undersigned for a report and recommendation to the district court, the Honorable Jeffrey M. Bryan, District Judge for the United States District Court for the District of Minnesota, under 28 U.S.C. § 636 and D. Minn. LR 72.1.

1

In response to this time sensitive petition, the Court issued a briefing schedule, *see* Order, ECF No. 5. In its response, Respondent asks this Court to dismiss as moot Hamer's Petition as Hamer has already had her time credits applied and was transferred to a prerelease Residential Reentry Center on August 15, 2024. *See* Resp't's Resp. to Pet. at 1, 4-7, ECF No. 6. No reply was filed within the time permitted. *See* Order. This matter is now ripe for determination by this Court.

## II. BACKGROUND

Hamer was incarcerated at the Federal Correctional Institution in Waseca, Minnesota where she filed this petition and is serving a 39-month term of imprisonment for violating her supervised release terms. *See* Declaration of N. Blaney ¶ 3, ECF No. 7; Ex. A at 2 to Blaney Decl. Hamer's projected release date for good conduct is April 5, 2025, and the sentencing court did not impose a supervised release term to follow her sentence. *See* Blaney Decl. ¶ 3; Ex. A at 1 to Blaney Decl.

Hamer is eligible under 18 U.S.C. § 3632(d) to earn time credits towards placement in a prerelease Residential Reentry Center. Blaney Decl. ¶¶ 5-6; Exs. A and C to Blaney Decl. Hamer has earned 240 days of time credits as of the end of July 2024 and became eligible to apply her credits on August 8, 2024. *Id.* The Kansas City Residential Reentry Manager secured a space for Hamer on August 6, 2024 in Davenport, Iowa, *see* Blaney Decl. ¶ 7, and Hamer was scheduled to be transferred to the Residential Reentry Center on August 15, 2024. *Id.*; Ex. E at 1 to Blaney Decl. A review of the record before the Court shows that Hamer was indeed transferred to the Kansas City Residential Reentry Center on

August 15, 2024. Resp't's Resp. to Pet. at 4 (citing https://www.bop.gov/inmateloc/); *see* Blaney Decl. ¶ 7; Ex. E at 1.

Hamer has received the relief sought in her petition. Therefore, this matter is now moot, no mootness exceptions apply, and an evidentiary hearing is not necessary to resolve this matter. Accordingly, Hamer's petition should be dismissed as moot.

### III. RECOMMENDATION

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT**:

1. Hamer's Petition for a Writ of Habeas Corpus 28 U.S.C. § 2241, ECF No. 1, be **DISMISSED AS MOOT**.

2. The Court kindly requests that the Clerk's Office mail a copy of this Report and Recommendation to Hamer at the below mailing addresses:

    Rhonda A. Hamer
    Reg. No. 10134-029
    FCI Waseca
    P.O. Box 1731
    Waseca, MN 56093

    Rhonda A. Hamer
    RRM Kansas City
    Residential Reentry Office
    400 State Avenue, Suite 800
    Kansas City, KS 66101

Dated: October 24, 2024

*s/Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Hamer v. Segal*,
Case No. 24-cv-2886 (JMB/TNL)

## **NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).