UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rhonda A. Hamer,

      Petitioner,

v.

Michael Segal, *Warden*,

      Respondent.

Case No. 24-CV-02886 (JMB/TNL)

**ORDER**

---

Rhonda A. Hamer, self-represented.

Trevor Brown and Ana H. Voss, United States Attorney's Office, Minneapolis, MN, for Respondent Michael Segal.

---

      This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung dated October 24, 2024. (Doc. No. 9.) The R&R recommends that Hamer's Petition for Writ of Habeas Corpus be dismissed as moot, as Hamer has received the relief sought in her petition. (*See id.* at 3.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

      In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

    1.    The R&R (Doc. No. 9) is ADOPTED.

2. Hamer's Petition for a Writ of Habeas Corpus (Doc. No. 1) is DISMISSED AS MOOT.

3. The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 2, 2024                    /s/ *Jeffrey M. Bryan*
                                           Judge Jeffrey M. Bryan
                                           United States District Court